IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-03101-TPO

JESUS DAVID GARCIA PULIDO,

Petitioner,

v.

JUAN BALTAZAR,
Warden, Denver Contract Detention Facility;
GEORGE VALDEZ,
Director, Denver Field Office, U.S. Immigration and Customs Enforcement;
MARKWAYNE MULLIN,
Secretary, U.S. Department of Homeland Security; and
TODD BLANCHE,
Acting U.S. Attorney General;

in their official capacities,

Respondents.

---

**MINUTE ORDER**

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on July 13, 2026.**

This matter comes before the Court upon the Petition for Writ of Habeas Corpus [ECF 1]. Petitioner is currently detained by immigration authorities and seeks relief from being subject to mandatory detention pursuant to 8 U.S.C. § 1225(b)(2)(A). *See* ECF 1 ¶¶ 3, 28-32. Petitioner was detained at his scheduled Intensive Supervision Appearance Program check-in on June 4, 2026, and he alleges no warrant was presented "and on information and belief, none was ever issued." *Id.* ¶ 2. The Tenth Circuit, joining the Second, Sixth, and Eleventh Circuits, has now rejected Respondents' interpretation of the Immigration and Nationality Act's detention provisions and has held that § 1225(b)(2)(A) "does not apply to unadmitted noncitizens who . . . are found in the country's interior." *Quiroz v. Mullin*, -- F.4th --, 2026 WL 1876709 (10th Cir. June 30, 2026).

Within **one business day**, **by July 14, 2026**, Petitioner shall serve Respondents with the Petition and this Order to Show Cause by email and overnight mail pursuant to the service requirements outlined in Fed. R. Civ. P. 4(i) and promptly file proof of service.

Respondents are hereby **Ordered to Show Cause**, within **three business days**, by **July 16, 2026**, why the Petition should not be granted in light of *Quiroz*. Additionally, Respondents should address whether Petitioner was arrested "[o]n a warrant issued by the Attorney General,"

*see* 28 U.S.C. § 1226(a), and if so, submit such warrant as an exhibit. By the same deadline of **July 16, 2026**, the Parties shall complete and file the Magistrate Judge Consent Form [ECF 3].

Once the Respondents have filed their Response, the Court will determine whether additional briefing is needed or whether the Petition must be granted.