IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-03101-TPO

JESUS DAVID GARCIA PULIDO,

Petitioner,

v.

JUAN BALTAZAR,
Warden, Denver Contract Detention Facility;
GEORGE VALDEZ,
Director, Denver Field Office, U.S. Immigration and Customs Enforcement;
MARKWAYNE MULLIN,
Secretary, U.S. Department of Homeland Security; and
TODD BLANCHE,
Acting U.S. Attorney General;

in their official capacities,

Respondents.

---

**MINUTE ORDER**

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on October 6, 2026.**

This Court granted Petitioner's habeas corpus petition [ECF 17] and ordered his immediate release from custody. The Parties have now filed a Joint Status Report [ECF 18] certifying compliance with the Court's Order granting the Petition, noting that Petitioner was released from immigration custody on October 3, 2026.

The Clerk of Court shall **close** this case and enter Final Judgment in Petitioner's favor.